

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-081-CV

IN RE ROBERT GENE CUNNINGHAM,                       RELATOR
INDIVIDUALLY AND AS REPRESENTATIVE
OF THE ESTATE OF PATRICIA MAUDINE
CUNNINGHAM, DECEASED

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. Further, real party in interest's "Motion For Sanctions" is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: March 12, 2008

---

[1]*See* TEX. R. APP. P. 47.4.